1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                    **EASTERN DISTRICT OF CALIFORNIA**

7

8    WAYNE DANIEL MORGAN,                    Case No. 1:18-cv-01047-LJO-BAM (PC)

9                    Plaintiff,              ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS REGARDING
10         v.                                DISMISSAL OF CERTAIN CLAIMS AND
                                             DEFENDANTS
11   M. G. MARTINEZ, et al.,
                                             (ECF No. 13)
12                   Defendants.

13

14         Plaintiff Wayne Daniel Morgan is a state prisoner proceeding *pro se* and *in forma pauperis*

15   in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States

16   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17         On May 13, 2019, the assigned Magistrate Judge screened Plaintiff's complaint, and found

18   that Plaintiff stated cognizable claims against Defendant Martinez for deliberate indifference to

19   serious medical needs in violation of the Eighth Amendment, failure to protect from

20   harm/deliberate indifference in violation of the Eighth Amendment, and retaliation in violation of

21   the First Amendment, but failed to state any other cognizable claims against any other defendants.

22   (ECF No. 10.) Plaintiff was ordered to either file a first amended complaint or notify the court of

23   his willingness to proceed only on the cognizable claim. (Id. at 7-8.) On June 4, 2019, Plaintiff

24   notified the Court of his willingness to proceed only on the cognizable claims identified by the

25   Court. (ECF No. 11.)

26         Consequently, on June 10, 2019, the Magistrate Judge issued findings and

27   recommendations that this action proceed on Plaintiff's complaint against Defendant Martinez for

28   deliberate indifference to serious medical needs in violation of the Eighth Amendment, failure to

protect from harm/deliberate indifference in violation of the Eighth Amendment, and retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed. (ECF No. 13.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 7-8.) More than fourteen days have passed since the findings and recommendations were served, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 10, 2019, (ECF No. 13), are adopted in full;

2. This action shall proceed on Plaintiff's complaint, filed August 3, 2018, (ECF No. 1), against Defendant Martinez for deliberate indifference to serious medical needs in violation of the Eighth Amendment, failure to protect from harm/deliberate indifference in violation of the Eighth Amendment, and retaliation in violation of the First Amendment;

3. All other claims and defendants are dismissed based on Plaintiff's failure to state claims upon which relief may be granted; and

4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __**August 5, 2019**__          _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES CHIEF DISTRICT JUDGE