# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DANIEL MORGAN,<br><br>        Plaintiff,<br><br>   v.<br><br>M. G. MARTINEZ,<br><br>        Defendant. | Case No. 1:18-cv-01047-LJO-BAM (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE WAYNE DANIEL MORGAN, CDCR # AZ-5003 |

A settlement conference in this matter commenced on January 28, 2020. Inmate Wayne Daniel Morgan, CDCR # AZ-5003, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 28, 2020**

UNITED STATES MAGISTRATE JUDGE

1