# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DANIEL MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. G. MARTINEZ,<br><br>    Defendant. | Case No. 1:18-cv-01047-LJO-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on August 3, 2018. On January 28, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement, with terms stated on the record.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 28, 2020**

UNITED STATES MAGISTRATE JUDGE

1