# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE DANIEL MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>M.G. MARTINEZ,<br><br>    Defendant. | Case No.: 1:18-cv-01047-LJO-BAM (PC)<br><br>ORDER FOR DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE SETTLEMENT AGREEMENT<br><br>(Doc. No. 30) |

On January 28, 2020, a settlement conference was held before the undersigned and the parties reached a settlement agreement with the terms and conditions of the settlement placed on the record. (Doc. No. 25.)  Pursuant to the settlement agreement, on January 29, 2020, the parties filed a stipulation to dismiss this action with prejudice, (ECF No. 28), and the action was terminated by operation of law, (ECF No. 29).

On July 31, 2020, Plaintiff filed a motion which the Court construes as a motion to enforce the settlement agreement.  (Doc. No. 30.)  Plaintiff contends that he has sent Defendant two letters, but received no response, and he has not received the settlement funds.  (Id.)  Accordingly, it is HEREBY ORDERED that:

1. Within **seven (7)** days from the date of service of this order, Defendant shall show cause why sanctions should not be imposed for failure to comply with the settlement agreement; and

1

2.  The Clerk of Court is directed to serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:  **August 5, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

2