**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE DANIEL MORGAN,<br><br>   Plaintiff,<br><br> v.<br><br>M.G. MARTINEZ,<br><br>   Defendant. | Case No.: 1:18-cv-01047-LJO-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A STATUS REPORT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |

  On January 28, 2020, a settlement conference was held before the undersigned and the parties reached a settlement agreement with the terms and conditions of the settlement placed on the record. (Doc. No. 25.) Pursuant to the settlement agreement, on January 29, 2020, the parties filed a stipulation to dismiss this action with prejudice, (ECF No. 28), and the action was terminated by operation of law, (ECF No. 29).

  On July 31, 2020, Plaintiff filed a motion which the Court construes as a motion to enforce the settlement agreement. (ECF No. 30.) Plaintiff contends that he has sent Defendant two letters, but received no response, and he has not received the settlement funds. (Id.)

  On August 5, 2020, the Court directed Defendant to show within seven days why sanctions should not be imposed for failure to comply with the settlement agreement. (ECF No. 31.) Defendant filed a response to the order to show cause on August 12, 2020. (ECF No. 32.)

///

1

Defendant's counsel declares, in pertinent part, the following:

On May 22, 2020, I contacted the California Department of Corrections and Rehabilitation settlement coordinator inbox, the staff responsible for processing settlement, and requested an update regarding the status of payment to Plaintiff.

On June 3, 2020, I was informed by CDCR staff responsible for processing settlements that the settlement papers were being processed, but that the processing had been delayed due to Defendant's counsel's inadvertent mistake in sending the settlement papers to the incorrect inbox. CDCR staff informed me that they could not complete processing of the settlement because, they believed, Plaintiff had not completed his signature on the settlement agreement and release correctly.

On June 16, 2020, I reviewed the settlement agreement and release and determined that Plaintiff had, in fact, correctly completed the settlement agreement and release. On that date, I informed the CDCR settlement coordinator of that fact and instructed that the settlement should be processed as soon as possible. On June 16, 2020, CDCR staff acknowledged that Plaintiff had, in fact, correctly completed the settlement agreement and release.

On August 4, 2020, I contacted CDCR staff regarding the status of the settlement payment to Plaintiff. CDCR staff informed me that they had not processed the settlement papers and referred me to the June 3, 2020 email in which they had previously, but mistakenly, informed me that Plaintiff had not completed his signature correctly on the settlement agreement and release. In response, on August 4, 2020, I informed CDCR staff that this issue had already been resolved and that it had been determined that Plaintiff had correctly completed the settlement agreement and release. I instructed CDCR staff to process the settlement payment to Plaintiff as soon as possible.

(Declaration of Erik Gutierrez ¶¶ 4-7.)  Based on defense counsel's representations, it is HEREBY ORDERED that Defendant shall file a status report regarding the processing of payment pursuant to settlement agreement, within **thirty (30)** days from the date of service of this order, and every **fourteen (14)** days thereafter until payment is complete.  The order to show cause will not be discharged until the payment is fulfilled.

IT IS SO ORDERED.

Dated:   **August 17, 2020**  
                                                                   UNITED STATES MAGISTRATE JUDGE